RECEIPT # 57371
AMOUNT $ 150
SUMMONS ISSUED /
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 7-16-04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AQUA-LEISURE INDUSTRIES, INC., )
    Plaintiff, )
)
v. )
) C.A. No.
ATICO INTERNATIONAL USA, INC., )
    Defendant )

04 11589 MLW

## COMPLAINT AND JURY DEMAND

This is a complaint by plaintiff, Aqua-Leisure Industries, Inc., against defendant Atico International USA, Inc. for, *inter alia*, trademark infringement in violation of the Lanham Act, 15 U.S.C. §1125, and related state law claims. Aqua-Leisure's claims arise as a result of the blatant, intentional and wrongful misappropriation of Aqua-Leisure's protected intellectual property by the defendant, a competitor of the plaintiff.

### PARTIES

1. Aqua-Leisure Industries, Inc. is a Massachusetts corporation with a principal place of business at 535 Bodwell Street, Avon, Massachusetts 02322 ("Aqua-Leisure").

2. Defendant, Atico International USA, Inc., is, upon information and belief, a Florida corporation with a principal place of business at 501 S. Andrews Avenue, Ft. Lauderdale, FL 33302 ("Atico").

### JURISDICTION

3. This court has subject matter jurisdiction over this action pursuant to 15 U.S.C. §1121 and 28 U.S.C. § 1338(a) and (b).

4. Venue is proper in this jurisdiction pursuant to 28 U.S.C. §1391(b) and (c).

## FACTS

5. Aqua-Leisure is in the business of selling a variety of water sports and recreation goods for children and adults, including, without limitation, inflatable floats, swim vests, masks, snorkels, fins, and beach and pool games.

7. Aqua-Leisure sells its goods throughout the United States and elsewhere through mass market retailers such as Wal-Mart, Walgreens, Toys 'R Us, Target, Eckerd, as well as other retailers.

8. Aqua-Leisure sells a line of products under its federally registered mark "SWIMSCHOOL"® that are designed to assist children to learn to swim. The "SWIMSCHOOL"® series is designed in three levels, and as a child becomes competent with the first level, he or she then moves onto the next level. Under its unregistered Level One logo, Aqua-Leisure sells inflatable seats and/or boats under its federally registered mark "BABYBOAT"®. Under its unregistered Level Two logo, Aqua-Leisure sells swim vests, training suits, and inflatable boats. Under its unregistered Level Three logo, Aqua-Leisure sells arm floats under its federally registered mark "EASY-FIT"® as well as kickboards.

9. Aqua-Leisure has been selling its SWIMSCHOOL® line of products for more than ten (10) years, and it is one of Aqua-Leisure's best selling lines.

10. Atico is, upon information and belief, predominately in the business of importing and selling to retailers a variety of products, including recreational water sport products.

11. Aqua-Leisure has learned that Atico has imported and sold, in this District and throughout the United States, various water sports products that infringe upon Aqua-Leisure's

protected intellectual property with respect to its SWIMSCHOOL® products.

12. In particular, the defendant currently offers for sale and/or advertises at CVS, within this District and throughout the United States, inflatable floats for use by children under the marks "Swimclass", "Baby Boat" and "Level 1," inflatable swim vests for use by children under the marks "Swimclass" and "Level 2," and inflatable arm bands for use by children under the marks "Swimclass," "Easy Fit" and "Level 3."

13. These products are strikingly similar to Aqua-Leisure's SWIMSCHOOL® products and infringe upon Aqua-Leisure's rights in its protected intellectual property, including its incontestable federally registered marks "SWIMSCHOOL" ® (U.S. Reg. No. 1,704,286 and 1,787,560), "BABYBOAT"® (U.S. Reg. No. 1,825,867), and "EASY-FIT"® (U.S. Reg. No. 1,906,688), and its unregistered marks "Level One," "Level Two" and "Level Three."

14. On information and belief, the defendant has adopted the marks set forth above in connection with its products as part of a carefully contrived scheme to usurp the goodwill Aqua-Leisure has developed through its use of its various trademarks in connection with its quality "SWIMSCHOOL"® products.

15. The defendant's use of the "Swimclass," "Baby Boat," "Easy Fit," "Level 1," "Level 2," and "Level 3" designations in connection with its inflatable swim products is likely to cause confusion or mistake as to source, sponsorship, or affiliation.

16. Unless Atico's conduct is enjoined, Aqua-Leisure will suffer irreparable harm.

COUNT I
Federal Lanham Act - Trademark Infringement

17. The foregoing paragraphs of the amended complaint are hereby incorporated by

reference and made a part hereof.

18. Plaintiff's marks "SWIMSCHOOL"®, "BABYBOAT"®, "EASY-FIT"®, "Level One," "Level Two" and "Level Three" are registered and/or unregistered marks protected under the federal Lanham Act.

19. Plaintiff developed, adopted and began using in commerce its marks "SWIMSCHOOL"®, "BABYBOAT"®, "EASY-FIT"®, "Level One," "Level Two" and "Level Three, before the defendant adopted and began using in commerce its confusingly similar marks.

20. The plaintiff has not authorized the defendant to make the above-described uses of its marks.

21. Upon information and belief, the defendant acted knowingly and intentionally in misappropriating the plaintiff's marks, in an effort to trade off the goodwill developed by the plaintiff.

22. Defendant's actions constitute infringement of the plaintiff's marks by the use of marks that are likely to cause confusion or mistake as to source, sponsorship, or affiliation in violation of the federal Lanham Act, 15 U.S.C. § 1125.

23. As a result of the actions of the defendant, plaintiff Aqua-Leisure has and will continue to suffer irreparable harm, and has been severely damaged.

COUNT II
Massachusetts State Law - Common Law Unfair Competition

24. The foregoing paragraphs of the amended complaint are hereby incorporated by reference and made a part hereof.

25. The defendant has intentionally and wilfully committed unfair competition as a result

of the acts as aforesaid.

26. As a result of the actions of the defendant, plaintiff Aqua-Leisure has and will continue to suffer irreparable harm, and has been severely damaged.

## COUNT III
### Trademark Infringement Under Massachusetts Law

27. The foregoing paragraphs of the amended complaint are hereby incorporated by reference and made a part hereof.

28. Plaintiff developed, adopted and began using in Massachusetts and in interstate commerce its "SWIMSCHOOL"®, "BABYBOAT"®, "EASY-FIT"®, "Level One," "Level Two" and "Level Three" marks before the defendant adopted and began using in Massachusetts and in interstate commerce its confusingly similar marks.

29. The plaintiff has not authorized the defendant to make the above-described uses of its marks.

30. Upon information and belief, the defendant acted knowingly and intentionally in misappropriating the plaintiff's marks, in an effort to trade off the goodwill developed by the plaintiff.

31. Defendant's actions constitute infringement of the plaintiff's marks in violation of M.G.L. c. 110B by the use of marks that are likely to cause confusion or mistake as to source, sponsorship, or affiliation.

32. As a result of the actions of the defendant, plaintiff Aqua-Leisure has and will continue to suffer irreparable harm, and has been severely damaged.

## COUNT V
### Massachusetts State Law; Violation of G.L. c. 93A

33. The foregoing paragraphs of the amended complaint are hereby incorporated by reference and made a part hereof.

34. Aqua-Leisure and Atico are engaged in commerce in the Commonwealth of Massachusetts.

35. The acts by the defendant as aforesaid constitute unfair or deceptive acts or practices.

36. The actions by the defendant have caused injury to Aqua-Leisure primarily and substantially in Massachusetts.

37. The defendant has committed these unfair or deceptive acts or practices wilfully or knowingly.

38. As a result of the actions of the defendant, plaintiff Aqua-Leisure has and will continue to suffer irreparable harm, and has been severely damaged.

WHEREFORE, the plaintiff, Aqua-Leisure Industries, Inc., hereby requests that this Court, after hearing:

1. Enter judgment in Aqua-Leisure's favor on all Counts;

2. Issue a preliminary injunction prohibiting Atico, as well as its employees, agents, representatives, and those acting in concert with them, from using the marks "Swimclass," "Baby Boat," and/or "Easy Fit," and/or the designations "Level 1," "Level 2," and/or "Level 3," or any other mark or designation that is confusingly similar to Aqua-Leisure's "SWIMSCHOOL"®, "BABYBOAT"®, "EASY-FIT"®, "Level One," "Level Two," and/or "Level Three" marks, in connection with the advertising, marketing and/or offering for sale of any inflatable water products;

3. Issue a permanent injunction prohibiting Atico, as well as its employees, agents, representatives, and those acting in concert with them, from using the marks "Swimclass," "Baby Boat," and/or "Easy Fit," and/or the designations "Level 1," "Level 2," and/or "Level 3," or any other mark or designation that is confusingly similar to Aqua-Leisure's "SWIMSCHOOL"®, "BABYBOAT"®, "EASY-FIT"®, "Level One," "Level Two," and/or "Level Three" marks, in connection with the advertising, marketing and/or offering for sale of any inflatable water products;

4. Order the destruction of all infringing products;

5. Award Aqua-Leisure its damages and/or order the defendant to disgorge the profits it has derived from its wrongful acts;

6. Award Aqua-Leisure multiple damages, interest, costs and attorneys' fees; and

7. Award such other relief as the Court deems just.

## JURY DEMAND

Aqua-Leisure Industries, Inc. hereby demands a trial by jury on all claims so triable.

AQUA-LEISURE INDUSTRIES, INC.
By its attorneys,

*/s/ Thomas E. Kenney*
Robert R. Pierce (BBO#549172)
Thomas E. Kenney (BBO#561590)
Pierce & Mandell, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108
(617) 720-2444

# CIVIL COVER SHEET

JS 44 (Rev. 3/99)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
AQUA-LEISURE INDUSTRIES, INC.

**DEFENDANTS**
ATICO INTERNATIONAL USA, INC.

(b) County of Residence of First Listed Plaintiff __Norfolk__
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Thomas E. Kenney
Pierce & Mandell, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108    (617) 720-2444

Attorneys (If Known)

**04 11589 MLW**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury—Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury—Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other |  |  | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property |  / ☐ 550 Civil Rights |  |  |  |
|  |  / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 U.S.C. §1125. Defendant is infringing plaintiff's trademarks.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Aqua-Leisure Industries, Inc. v.__
__Atico International USA, Inc.__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

- [ ] I.  160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
- [x] II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.      *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
- [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
- [ ] IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
- [ ] V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

_____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
YES [ ]  NO [xx]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
YES [ ]  NO [xx]

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
YES [ ]  NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
YES [ ]  NO [xx]

7. Do **all** of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
YES [xx]  NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
   Eastern Division [xx]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
   Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
YES [ ]  NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Thomas E. Kenney__
ADDRESS __11 Beacon Street, Suite 800, Boston, MA 02108__
TELEPHONE NO. __(617) 720-2444__

(Coversheetlocal.wpd - 10/17/02)