UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 FEB 10 P 1:37
U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| AQUA-LEISURE INDUSTRIES, INC., )<br>                    Plaintiff,       )<br>                                          )<br>v.                                      )<br>                                          )   C.A. No. 04-cv-11589-MLW<br>ATICO INTERNATIONAL USA, INC. and )<br>CVS CORPORATION,              )<br>                    Defendants      )<br>                                          ) | |

NOTICE OF STIPULATION REGARDING DEADLINE TO RESPOND TO COMPLAINT

Plaintiff Aqua-Leisure Industries, Inc. hereby provides notice that the parties hereto have stipulated that the deadline for the defendants to answer or otherwise respond to the amended complaint shall be February 28, 2005. The parties are actively engaged in negotiations aimed at resolving this dispute.

AQUA-LEISURE INDUSTRIES, INC.
By its attorneys,

_____
Thomas E. Kenney (BBO#561590)
Pierce & Mandell, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108
(617) 720-2444